

**CLEAR**11g

Home | Contact Card | Contact Card Summary

Contact Card Home | Logout | Help

## Contact Details

Return

Contact Card
ACC001898210    Contact Date/T    03 OCT-2014 19:43    Submitting Beat 0424    Card Type Adult
Traffic Related

8900            SOUTH Street Name COMMERCIAL AVE        /Suite
CHICAGO                State IL            Zip 60617 Beat 0423

## Related Contact Cards

## Person Details

st Name            Middle Initial        Name Suffix
irth Date        1991    Age 22        Age To
MALE        Race BLACK        Height 511
160        Build MEDIUM        y        BROWN
BLA  K        air Style SHORT        Complexion MEDIUM BROWN
            Cell No.
W    E SHIRT

## Residential Address

Street No        Street D    Street Name        Apt/Suite
City        State        Zip        Beat 0421

## Employer/ Details

Employer Business Name    School Name

Street No.  Street Dir.    Street Name  Apt/Suite
City    State        Zip    Beat

## Vehicle Details

License No        License Type PASSENGER CAR
License State IL    License Expiration            VIN No.
Vehicle Year
Vehicle Make [ ]
Vehicle Model [ ]        Type AUTOMOBILE
Body Style [ ]        Color [ ]

## ID Details

Name Verified?    Drivers License No.    State        SSN
Other ID Type        Other ID No.    RD No.
OCD-I No.        Hotspot No.  Event No.    Mission No.

## Gang Details

NAGIS Verified?
Listed Gang Name        Faction Name
Unlisted Gang Name
Known Hang-Outs
        [ ] Other Activity

## Scar Marks

## Reason for Contact

PL 001040

259 subject driving vehicle stopped for minor traffic. checked ok.

**Employee Details**
1st Preparing Officer: Star No. 6673   Name ADCOCK, DAVID
2nd Preparing Officer: Star No. 12351   Name RYAN, VINCENT
Approving Supervisor: Star No. 2371   Name WALKER, ROBERT

Created By             Created Date 03-OCT-2014 22:27

Use
Module 11021 $Revision 1 33 $

Copyright © 2002, All rights reserved

PL 001041